IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00445–KMT–MJW


GREG A. COOKSEY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

---

## ORDER AND ORDER OF REFERENCE

---

    This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

    On April 24, 2008, the above-captioned case was referred to Magistrate Judge Kathleen M. Tafoya to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2.  (*See* Doc. #9).  All previously scheduled matters will now be handled by Magistrate Judge Tafoya at the Alfred A. Arraj United States Courthouse, Courtroom A-601, 6th Floor, 901 Nineteenth Street, Denver, Colorado 80294.  Magistrate Judge Tafoya's chambers telephone number is (303) 335-2780.  All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-00445-KMT-MJW**.

II.  Order of Reference

The Order of Reference dated March 6, 2008 (Doc. # 2) is hereby VACATED.  This matter is now referred to United States Magistrate Judge Michael J. Watanabe *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III.  Further proceedings

A.  The Scheduling/Planning Conference set on May 2, 2008 before Magistrate Watanabe has been vacated (Doc. #13) and is **RESET to May 9, 2008 at 8:30 a.m.** before Magistrate Judge Tafoya in Courtroom A-601.  Out-of-state counsel may appear via telephone for the scheduling conference and shall call **(303) 335-2780** at 8:30 a.m.

B.  No later than five (5) calendar days prior to the Scheduling Conference, counsel shall submit a revised proposed Scheduling Order.  An additional copy of the revised proposed Scheduling Order shall be provided to Magistrate Judge Tafoya at Tafoya_Chambers@cod.uscourts.gov by email attachment with the subject line stating "Proposed Scheduling Order" and the case number in Word or WordPerfect format.

Dated this 30th day of April, 2008

BY THE COURT:

s/ Kathleen M. Tafoya
KATHLEEN M. TAFOYA
United States Magistrate Judge