IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08–cv–00445–KMT–MJW


GREG A. COOKSEY,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**
Janet D. Zinser, Judicial Assistant

The "Joint Motion to Vacate Discovery Schedule and to Set Status Conference Pursuant to D.C. Colo. L.Civ. R 6.1" (#20, filed August 29, 2008) is GRANTED. A Status Conference is set for **December 10, 2008 at 9:15 a.m.** in Courtroom C-205, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

Dated: September 9, 2008