IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00445-KMT-MJW

GREG A. COOKSEY,

Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the Joint Motion to Vacate Settlement Conference Pursuant to D.C.COLO.L.CIV.R. 6.1, DN 24, filed with the Court on October 14, 2008, is GRANTED. The settlement conference set on November 7, 2008, at 1:30 p.m. is VACATED and may be reset upon motion by either party at a later date.

Date: October 14, 2008