**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00445-KMT-MJW

---

GREG A. COOKSEY,

                                                Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

                                                Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

Dated this 26th day of August, 2009.

                                                **BY THE COURT:**

                                                Kathleen M. Tafoya
                                                United States Magistrate Judge